SCWC-30485

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CLARENCE O. FURUYA AND LONA LUM FURUYA,
Petitioners/Plaintiffs-Appellees/Cross-Appellants,

vs.

ASSOCIATION OF APARTMENT OWNERS OF PACIFIC MONARCH, INC.; JAMES
DOZIER; GRETA WITHERS; ELWIN STEMIG; FOIL CRAVER; KAZUO SAWADA,
Respondents/Defendants-Appellants/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(NO. 30485; CIV. NO. 06-1-1057)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Plaintiffs-Appellees/Cross-Appellants
Clarence O. Furuya and Lona Lum Furuya's Application for Writ of
Certiorari filed on June 27, 2014, is hereby accepted and will be
scheduled for oral argument. The parties will be notified by the
appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, August 13, 2014.

George W. Van Buren, and
John B. Shimizu
for petitioner

Matt A. Tsukazaki
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

